**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Jared Walter Adair v. Ricky's Enterprises, Inc.

Appellate case number:   01-22-00359-CV

Trial court case number: 1181899

Trial court:             County Civil Court at Law No. 4 of Harris County

Appellant Jared Walter Adair filed a notice of appeal of the trial court's order signed on April 28, 2022. On May 23, 2022, Appellant filed a "Notice to Clerk Upon Consideration for Exemption of Filing Fees," which we construe to be a motion to proceed without payment of court costs. Attached to the motion is a "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond," which was filed in the Harris County Civil Courts on May 9, 2022. *See* TEX. R. CIV. P. 145(a), (b), (d). In addition, the court reporter filed an information sheet in this Court that indicates Appellant is appealing as indigent.

**The Clerk of this Court is directed to make an entry in this Court's records that Appellant is permitted to proceed on appeal without payment of costs.** *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually

Date:  June 2, 2022